LESTER MARTIN, ADMINISTRATOR OF SALLIE MARTIN, DECEASED, V.
SOUTHERN RAILWAY COMPANY ET AL.

(Filed 9 October, 1935.)

Appeal and Error J d—

Where the Supreme Court is evenly divided in opinion, one Justice not
sitting, the judgment of the lower court will be affirmed without becoming
a precedent.

APPEAL by plaintiff from *Harding, J.,* at July Term, 1935, of Mc-
DOWELL. Affirmed.

This is an action to recover damages for the death of plaintiff's intes-
tate, who was struck and killed by an engine owned and operated by
defendant Southern Railway Company, while she was walking on de-
fendant's track.

From judgment dismissing the action as of nonsuit at the close of all
the evidence, plaintiff appealed to the Supreme Court, assigning error
in the judgment.

*Morgan & Storey for plaintiff.*
*R. C. Kelly, Winborne & Proctor, and Ervin & Ervin for defendant.*

PER CURIAM. The Court being evenly divided in opinion, *Justice
Brogden* not sitting, the judgment of the Superior Court is affirmed, as
the disposition of this appeal, without becoming a precedent, in accord-
ance with the practice of the Court. See *Trust Co. v. Hood,* 207 N. C.,
862, 177 S. E., 16.

Affirmed.